Donald J. McCANN, Plaintiff-Appellant,

v.

UNITED STATES CIVIL SERVICE COM-
MISSION and United States Federal
Aviation Agency as successor to Air-
ways Modernization Board, Defendants-
Appellees.

No. 424, Docket 26902.

United States Court of Appeals
Second Circuit.

Submitted June 19, 1961.

Decided July 18, 1961.

Donald J. McCann, plaintiff-appellant,
pro se.

Alan S. Rosenthal and Ronald A. Jacks,
Attys., Dept. of Justice, Washington, D.
C., for defendants-appellees.

Before CLARK and SMITH, Circuit
Judges, and DAWSON, District Judge.

PER CURIAM.

We have denied plaintiff-appellant's
peremptory "Motion for Declaratory
Judgment," and now, on request and
agreement of the parties, consider his
appeal on the merits on the written mem-
oranda submitted to that end. Plaintiff
shows us no statute or contract requir-
ing the defendants to transfer him to
the Airways Modernization Board along
with the project on which he was work-
ing. The decision not to transfer was
a discretionary executive act not review-
able by the judiciary. See § 4 of the
Airways Modernization Act, 71 Stat. 349,
351, 49 U.S.C. § 1211, since repealed.
Thus, even if we assume that the district
court had jurisdiction of the action and
that venue was proper, the complaint
failed to state any legal claim for relief,
and dismissal of the action was necessary
in any event.

Judgment affirmed.